**Order entered September 13, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00281-CR

**CARLOS MARIO DELAROSA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-80340-2011**

## ORDER

Appellant is appealing the denial of his motion for post-conviction DNA testing. The State has requested in its brief that this Court transfer the Clerk's and Reporter's records from the prior direct appeals into the present appeal.

We **GRANT** the State's request. We **DIRECT** the Clerk of the Court to transfer the Clerk's and Reporter's records from appellate cause numbers 05-11-00312-CR, 05-11-00313-CR, and 05-11-00314-CR into appellate cause number 05-18-00281-CR.

/s/    DAVID L. BRIDGES
         PRESIDING JUSTICE